ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>MARK BRAVIO BACA,<br><br>Defendant. | CASE NO.: 1:25-MJ-00097-SAB<br><br>MOTION TO UNSEAL SUPERVISED RELEASE VIOLATION PETITION; ORDER |

**MOTION TO UNSEAL**

On/about August 29, 2025, Defendant Mark Baca (Defendant) was arrested on an arrest warrant issued by the Hon. Michael W. Fitzgerald, United States District Judge, United States District Court for the Central District of California, in connection with a Petition on Probation and Supervised Release (the "Petition").

///
///
///
///
///
///
///

MOTION TO UNSEAL

1    Defendant is in custody in this District and making Defendant's initial appearance next Tuesday, September 2, 2025 in this District. Accordingly, the United States asks that the Court order that the Petition and related case filings be unsealed.

Dated: August 29, 2025

ERIC GRANT
United States Attorney

By: /s/ Jeffrey Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

# **ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Petition for Warrant to Revoke Supervised Release (the "Petition") in this matter and related case filings be unsealed.

IT IS SO ORDERED.

Dated:  **September 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

ORDER TO UNSEAL